UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,                    **ORDER**

        vs.                                           **6:02-CR-6096-1**

GEORGE THOMAS,                                        **MODIFICATION ORDER**
                                                      **OF RESTITUTION**

                        Defendant.

---

        On June 9, 2003, before the Hon. Charles J. Siragusa, George Thomas, the Defendant

herein, was sentenced and ordered to pay restitution in the amount of $504,598.00.  Of this

amount, $97,300.00 is owed to Source One Mortgage Corp, Victim #2.


        N O W, upon written notification that victim Source One Mortgage Corp. merged with

and into Citimortgage, Inc. and pursuant to the terms of the Certificate of Ownership and Merger

which was filed in the State of Delaware on December 12, 2000, and becoming effective on

December 22, 2000,  it is


        O R D E R E D, that the Clerk of the Court is hereby directed to issue all future sums

payable due said victim as follows:

                        CitiMortgage, Inc.
                        1000 Technology Drive
                        MS 367
                        O'Fallon, MO 63368-2240


                                        _Charles Siragusa_
                                        HONORABLE CHARLES J. SIRAGUSA
                                        UNITED STATES DISTRICT JUDGE

DATED:        August 16, 2005
              Buffalo, New York